# NO. 12-08-00283-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| *IN RE: JERRICO PROVOST,* | | |
| *RELATOR* | § | *ORIGINAL PROCEEDING* |
| | § | |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Jerrico Provost seeks habeas relief from this court complaining that the Texas Department of Criminal Justice has illegally incarcerated him while he is on parole without any new crime or charge, sentence, or conviction. We dismiss for want of jurisdiction.

The original habeas jurisdiction of the courts of appeals is limited to those cases in which a person's liberty is restrained because the person has violated an order, judgment, or decree entered in a civil case. TEX. GOV'T CODE ANN. § 22.221(d) (Vernon 2004). Stated another way, courts of appeals do not have original habeas corpus jurisdiction in criminal law matters. *See id*. Because the underlying cause is a criminal case, we are without jurisdiction to grant the requested habeas relief. Accordingly, Provost's application for writ of habeas corpus is ***dismissed for want of jurisdiction***.

Opinion delivered June 30, 2008.

*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)